WILLIAM M. WELCH II
Chief, Public Integrity Section

| | |
|---|---|
| NICHOLAS A. MARSH | JOSEPH W. BOTTINI |
| EDWARD P. SULLIVAN | JAMES A. GOEKE |
| Trial Attorneys | Assistant U.S. Attorneys |
| Public Integrity Section | District of Alaska |
| U.S. Department of Justice | Federal Building & U.S. Courthouse |
| 1400 New York Ave. NW, 12th Floor | 222 West Seventh Ave., Rm. 253, #9 |
| Washington, D.C. 20005 | Anchorage, Alaska 99513-7567 |
| (202) 514-1412 | (907) 271-5071 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:07-cr-00056-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| BRUCE WEYHRAUCH | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Notice is hereby given that the United States of America, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying the United States' Motion *In Limine* for the Admission of Evidence (filed at Docket No. 195), entered in this action at Docket No. 208 on the 4th day of September, 2007.

Dated: September 5, 2007, at Anchorage, Alaska.

                                      WILLIAM M. WELCH, II
                                      Chief, Public Integrity Section

                                      */s/ Nicholas A. Marsh*
                                      NICHOLAS A. MARSH
                                      EDWARD P. SULLIVAN
                                      Trial Attorneys
                                      Public Integrity Section
                                      Criminal Division
                                      U.S. Department of Justice
                                      1400 New York Ave., N.W.
                                      Washington, D.C. 20005

                                      */s/ Joseph W. Bottini*
                                      JOSEPH W. BOTTINI
                                      JAMES A. GOEKE
                                      Assistant United States Attorneys
                                      District of Alaska
                                      Federal Building & U.S. Courthouse
                                      222 West Seventh Ave., Room 253, #9
                                      Anchorage, Alaska 99513-7567
                                      (907) 271-5071

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007,
a copy of the foregoing
**NOTICE OF APPEAL**
was served electronically on Ray R. Brown,
Douglas Pope, James Wendt, and
Margaret Simonian.

s/ Joseph W. Bottini