IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PETER KOTT, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| BRUCE WEYHRAUCH, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:07-cr-00056-JWS-JDR |

**ORDER**

The Court has reviewed defendants Motion to Modify Previous Conditions of Release, along with its Non-Opposition by the government, it is hereby ORDERED that said motion be granted and defendant Bruce Weyhrauchs conditions of release are modified as follows;

I.  He is no longer required to maintain weekly contact with the U.S. Pretrial Services office so long as he maintains regular contact with either of his existing counsel of record;

II.  Mr. Weyhrauch shall be permitted to travel within the United States without prior written consent of this Court.

DATED: October 15, 2007          /s/ Honorable John W. Sedwick
                                     U.S. District Court Judge