**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   BRUCE WEYHRAUCH

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:07-cr-00056-02-JWS

Deputy Clerk                    Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the parties' report at docket 397. As the parties have noted, it is not possible to set a firm trial date at this time. However, the parties have indicated that a trial date of September 13, 2010, would be workable if consistent with Speedy Trial Act considerations after the case is returned to the docket of this court. Accordingly, the parties are directed to plan for a pre-trial conference at 9:00 AM on Friday, September 10, 2010, and for a trial commencing at 9:00 AM on September 13, 2010. The parties have indicated trial will require three weeks. While that estimate seems long, counsel are directed to keep the three weeks beginning September 13, 2010, available for the trial in this case.

This order does not actually set dates for the final pre-trial conference and trial, and it is possible that when the dates are set in a subsequent order, they will differ from those stated above.

ENTERED AT JUDGE'S DIRECTION

DATE: July 30, 2009                    INITIALS:  LSC
                                                        Deputy Clerk

[FORMS*IA*]