```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.    BRUCE WEYHRAUCH         CASE NO. 3:07-CR-00056-02-JWS
Defendant:  X Present(Telephonic)    X On Bond

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          SUZANNETTE DAVID

UNITED STATES' ATTORNEY:        M. KENDALL DAY

DEFENDANT'S ATTORNEY:           DOUGLAS POPE AND RAY R. BROWN

PROCEEDINGS: STATUS CONFERENCE HELD JULY 30, 2010:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:02 a.m. court convened.

Court heard re status of case.

Trial by Jury set for September 13, 2010 at 9:00 a.m. is **VACATED**.

At 8:06 a.m. court adjourned.

OFF RECORD NOTE: Final Pretrial Conference set for September 10, 2010 at 9:00 a.m. is **VACATED.**

DATE:        July 30, 2010         DEPUTY CLERK'S INITIALS:    SCD

Revised 9-28-09