IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. 3:07-cr-00056-JWS-JDR<br>v. )<br>)<br>BRUCE B. WEYHRAUCH, )<br>)<br>Defendant. )<br>) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW the United States of America, by and through undersigned counsel, and substitutes Peter M. Koski and Kevin O. Driscoll for M. Kendall Day and Marc Levin as counsel for the government in the above-captioned matter.  Messrs. Koski and Driscoll are trial attorneys in the Public Integrity Section of the Criminal Division of the Department of Justice, and they hereby enter their appearance in this matter.  The clerk of court is authorized to terminate service of pleadings on Messrs. Day and Levin.

                                  Respectfully submitted,

                                 /s/ Kevin O. Driscoll
                                Peter M. Koski
                                Kevin Driscoll
                                Trial Attorneys
                                United States Department of Justice
                                Criminal Division, Public Integrity Section
                                1400 New York Avenue, NW; Suite 12100
                                Washington, DC  20005
                                Tel: (202) 514-1412
                                Fax: (202) 514-3003
                                peter.koski@usdoj.gov
                                kevin.driscoll2@usdoj.gov

Dated: September 28, 2010

**CERTIFICATE OF SERVICE**

      I, M. Kendall Day, certify that on May 1, 2009, electronic notice of the instant filing was served on the following persons via the CM-ECF system:

Ray R. Brown, Esq.
Dillon & Findley, P.C.
1049 West 5th Ave., Suite 100
Anchorage, AK  99501
(O) 907-277-5400
ray@dillonfindley.com