# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>  vs.<br><br>BRUCE WEYHRAUCH,<br><br>        Defendant. | 3-07-cr-056-JWS-JDR<br><br>**ORDER REGARDING**<br><br>**PRE-TRIAL MOTION DEADLINES**<br><br>. |

Pursuant to the Scheduling Order filed at Docket 471, declaring this case complex and setting same for trial on **May 9, 2011**, Pretrial Motion Deadlines are hereby set as follows:

    (a) multiplicity or duplicity and defect contentions with respect to the indictment; **November 15, 2010**.

    (b) motions for bills of particular; **November 22, 2010**.

    (c) discovery motions; **November 22, 2010.**

(d) motions to suppress statements; **January 7, 2011**.

(e) motions to suppress evidence of searches or arrests; **January 21, 2011** .

(f) motions to sever counts or parties; **January 21, 2011.**

(g) motion for change of venue; **January 21. 2011**.[1]

(h) motions for disclosure of confidential informants; **February 1, 2011**.

(i) wire tap motions regarding ceiling and minimization, and wire tap motions regarding necessity requirements; **February 15, 2011.**

(j) motions in limine; **March 22, 2011** and

(k) Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses; **April 6, 2011**.

(l) any motion asking the court to make use of jury questionnaires must be filed no later than **April 11, 2011**. It should be accompanied by a proposed questionnaire. A copy of the proposed questionnaire in Word or WordPerfect format should be sent to Sedwick_Chambers@akd.uscourts.gov.[2]

Parties shall have ten (10) days to file any opposition/response to any

---

[1] Per Judge Sedwick's Order at Docket 471, any motion to change venue shall be addressed by the assigned district judge and not referred to the magistrate judge.

[2] Jury questionnaires to be addressed by the assigned district judge and not referred to the magistrate judge.

motion(s) filed. **No replies to be filed unless otherwise ordered by the court.** The Court will not alter the deadlines specified except for the most compelling of reasons.

DATED this 3rd day of November, 2010, at Anchorage, Alaska.

 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge