# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>BRUCE B. WEYHRAUCH,<br><br>        Defendant. | 3:07-cr-056-JWS -JDR<br><br>**RECOMMENDATION REGARDING MOTION TO DISMISS**<br>(Docket No. 492) |

        The government filed a motion to dismiss the Indictment. Docket 492. In light of this motion and review of the pleadings it is hereby recommended that the motion to dismiss be granted and case be dismissed. In the interest of justice and to expedite the business of the court this shall be filed as a final recommendation and directed to the assigned district judge for his final determination.

        DATED this 15th day of March, 2011, at Anchorage, Alaska.

        /s/ John D. Roberts
        JOHN D. ROBERTS
        United States Magistrate Judge